EEOC Form 161-B (11/16)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Edith McCurry<br>C/O Jordan T. Hoffman<br>11528 S. Halsted<br>Chicago, IL 60628 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-00681 | Shuwn Hayes,<br>Investigator | (312) 869-8036 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*  12/15/17
Julianne Bowman,  (Date Mailed)
District Director

Enclosures(s)

cc: Mars, Inc. C/O CT Corporation
Chief Executive Officer
CEO
208 S. LaSalle Street
# 814
Chicago, IL 60604

# CHARGE OF DISCRIMINATION

| | AGE[ ] | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | FEPA<br>EEOC | 440-2017-00681 |

and EEOC

*State or local Agency, if any*

| NAME(Indicate Mr., Ms., Mrs.) **Edith McCurry C/o Jordan T. Hoffman** | HOME TELEPHONE (Include Area Code) **815-735-4281** |
|---|---|

| STREET ADDRESS **11528 S. Halsted** | CITY, STATE AND ZIP CODE **Chicago, IL 60628** | DATE OF BIRTH **08/26/62** |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(if more than one list below.)*

| NAME **Kenco Logistics** | NUMBER OF EMPLOYEES, MEMBERS **+3000** | TELEPHONE (Include Area Code) **(423) 267-1203** | |
|---|---|---|---|
| STREET ADDRESS **2001 Riverside** | CITY, STATE AND ZIP CODE **Chattanooga, TN 37406** | | COUNTY **Kankakee** |

| NAME **MARS, Inc. C/o CT Corporation** | TELEPHONE NUMBER (Include Area Code) **(312) 263-1414** | |
|---|---|---|
| STREET ADDRESS **208 S La Salle St # 814** | CITY, STATE AND ZIP CODE **Chicago, IL 60604** | COUNTY |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

| RACE √ | COLOR | SEX | RELIGION | NATIONAL ORIGIN (Specify) |
|---|---|---|---|---|
| RETALIATION √ | AGE √ | DISABILITY √ | HARASSMENT √ | |

DATE  DISCRIMINATION TOOK PLACE  **01.22.16**

CONTINUING ACTION

THE PARTICULARS ARE (If *additional paper is needed, attach extra sheet(s)*): **See Attached**

RECEIVED EEOC
NOV 1 0 2016
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br>OFFICIAL SEAL<br>JORDAN TRAVAILLE HOFFMAN<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES JULY 29, 2019<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*Edith McCurry*<br>Date 11.09.16 | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>9th day of November in the year of 2016 |

EEOC FORM 5 (REV. 3/01)

EEOC Form 161-B (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Edith McCurry  
C/O Jordan T. Hoffman  
11528 S. Halsted  
Chicago, IL 60628

From: Chicago District Office  
500 West Madison St  
Suite 2000  
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is  
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-00680 | Shuwn Hayes, Investigator | (312) 869-8036 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*     12/15/17  
Enclosures(s)     Julianne Bowman,     *(Date Mailed)*  
District Director

cc: Kenco Logistics  
c/o Jay Elliott  
VP of Legal  
2001 Riverside  
Chattanooga, TN 37406

# CHARGE OF DISCRIMINATION

| | AGE | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | FEPA | 440-2017-00680 |
| | EEOC | |

and EEOC

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) **Edith McCurry C/o Jordan T. Hoffman** | HOME TELEPHONE (Include Area Code) **815-735-4281** |
|---|---|
| STREET ADDRESS **11528 S. Halsted**  CITY, STATE AND ZIP CODE **Chicago, IL 60628** | DATE OF BIRTH **08/26/62** |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (if more than one list below.)

| NAME **Kenco Logistics** | NUMBER OF EMPLOYEES, MEMBERS **+3000** | TELEPHONE (Include Area Code) **(423) 267-1203** |
|---|---|---|
| STREET ADDRESS **2001 Riverside**  CITY, STATE AND ZIP CODE **Chattanooga, TN 37406** | | COUNTY **Kankakee** |

| NAME **MARS, Inc. C/o CT Corporation** | TELEPHONE NUMBER (Include Area Code) **(312) 263-1414** |
|---|---|
| STREET ADDRESS **208 S La Salle St # 814**  CITY, STATE AND ZIP CODE **Chicago, IL 60604** | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

| RACE √ | COLOR | SEX | RELIGION | NATIONAL ORIGIN (Specify) |
|---|---|---|---|---|
| RETALIATION √ | AGE √ | DISABILITY √ | HARASSMENT √ | |

DATE DISCRIMINATION TOOK PLACE **01.22.16**

CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)): **See Attached**

RECEIVED EEOC
NOV 10 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

OFFICIAL SEAL
JORDAN TRAVAILLE HOFFMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 29, 2018

I swear or affirm that I have read the above charge and that it is true to the bf of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

*Edith McCurry*

Date 11.09.16

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 9th day of November in the year of 2016

EEOC FORM 5 (REV. 3/01)

**CHICAGO DISTRICT OFFICE**
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

*Jordan T. Hoffman*

```
                              600 N7E 1   317C0212/19/17
                         NOTIFY SENDER OF NEW ADDRESS
                         :JORDAN TRAVAILLE HOFFMAN PC
                         2711 E NEW YORK ST STE 205
                         AURORA IL 60502-9548

                         BC: 60502954855   *0664-06824-15-47
```

**CHICAGO DISTRICT OFFICE**
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

*Jordan T. Hoffman*

```
                              600 N7E 1   317C0212/19/17
                         NOTIFY SENDER OF NEW ADDRESS
                         :JORDAN TRAVAILLE HOFFMAN PC
                         2711 E NEW YORK ST STE 205
                         AURORA IL 60502-9548

                         BC: 60502954855   *0664-06762-15-47
```